

| | | |
|---|---|---|
| MICHAEL A. CARDOZO<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>LAW DEPARTMENT<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | DOUGLAS W. HEIM<br>Assistant Corporation Counsel<br>E-mail: dheim@law.nyc.gov<br>Phone: (212) 788-1298<br>Fax: (212) 788-9776 |

November 19, 2007

**VIA ORDERS AND JUDGMENTS CLERK AND ECF**
Hon. Paul A. Crotty
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:   Leon Smith v. City of New York, et al., 07 Civ. 5455 (PAC)

Your Honor:

       I am an Assistant Corporation Counsel in the office of Michael A. Cardozo, Corporation Counsel of the City of New York, representing defendants in the above-referenced matter. Defendants write to advise Your Honor that the parties in this action have reached an agreement on a settlement of this matter. Enclosed, please find a fully executed Stipulation and Order of Settlement and Dismissal for Your Honor's signature and filing with the Clerk of the Court.

Thank you for your consideration herein.

Respectfully submitted,

/S/

Douglas W. Heim (DH 5238)
Assistant Corporation Counsel
Special Federal Litigation Division

Enc.

cc:   Steven A. Hoffner, Esq. (by ECF)
      Attorney for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
LEON SMITH,

                              Plaintiff,

         -against-

CITY OF NEW YORK, N.Y.C. OISHEA
PASCHALL, SUED INDIVIDUALLY AND IN HER
OFFICIAL CAPACITY,

                              Defendants.

----------------------------------------------------------------x

**STIPULATION AND ORDER OF SETTLEMENT AND DISMISSAL**

07 Civ. 5455 (PAC)

      **WHEREAS,** plaintiff commenced this action by filing a complaint on or about June 8, 2007 alleging that defendants violated plaintiff's federal civil rights; and

      **WHEREAS,** defendants have denied any and all liability arising out of plaintiff's allegations; and

      **WHEREAS,** the parties now desire to resolve the issues raised in this litigation, without further proceedings and without admitting any fault or liability;

      **WHEREAS,** plaintiff has authorized his counsel to settle this matter on the terms set forth below:

      **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, as follows:

      1.    The above-referenced action is hereby dismissed, with prejudice, and without costs, expenses, or fees in excess of the amount specified in paragraph "2" below.

      2.    Defendant City of New York hereby agrees to pay plaintiff the sum of Five Thousand ($5,000.00) Dollars in full satisfaction of all claims, including claims for costs,

expenses and attorney's fees. In consideration for the payment of this sum, plaintiff agrees to dismissal of all the claims against the individually named defendants and to release all defendants, any present or former employees and agents of the City of New York, and the City of New York or any agency thereof, from any and all liability, claims, or rights of action that have or could have been alleged by plaintiff in this action arising out of event alleged in the complaint in this action, including claims for costs, expenses and attorney's fees.

3. Plaintiff shall execute and deliver to defendants' attorney all documents necessary to effect this settlement, including, without limitation, a General Release based on the terms of paragraph 2 above and an Affidavit of No Liens.

4. Nothing contained herein shall be deemed to be an admission by the defendant that it has in any manner or way violated plaintiff's rights, or the rights of any other person or entity, as defined in the constitutions, statutes, ordinances, rules or regulations of the United States, the State of New York, or the City of New York, or any other rules, regulations or bylaws of any department or subdivision of the City of New York. This stipulation shall not be admissible in, nor is it related to, any other litigation or settlement negotiations.

5. Nothing contained herein shall be deemed to constitute a policy or practice of the City of New York or any agency thereof.

6. This Stipulation and Order contains all the terms and conditions agreed upon by the parties hereto, and no oral agreement entered into at any time nor any written agreement entered into prior to the execution of this Stipulation and Order regarding the subject

matter of the instant proceeding shall be deemed to exist, or to bind the parties hereto, or to vary the terms and conditions contained herein.

Dated: New York, New York
_____, 2007

| | |
|---|---|
| STEVEN A. HOFFNER, ESQ.<br>Attorney for Plaintiff<br>350 Broadway, Suite 1105<br>New York, New York 10013<br><br>By: _____<br>Steven A. Hoffner | MICHAEL A. CARDOZO<br>Corporation Counsel of the<br>City of New York<br>Attorney for Defendants<br>100 Church Street<br>New York, N.Y. 10007<br>(212) 788-1298<br><br>By: _____<br>Douglas W. Heim (DH5238)<br>Assistant Corporation Counsel |

SO ORDERED:

_____
U.S.D.J.