```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: NOV 2 1 2007
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
LEON SMITH,

                            Plaintiff,

          -against-

CITY OF NEW YORK, N.Y.C. OISHEA
PASCHALL, SUED INDIVIDUALLY AND IN HER
OFFICIAL CAPACITY,

                           Defendants.

------------------------------------------------------------x

STIPULATION AND ORDER OF SETTLEMENT AND DISMISSAL

07 Civ. 5455 (PAC)

       WHEREAS, plaintiff commenced this action by filing a complaint on or about June 8, 2007 alleging that defendants violated plaintiff's federal civil rights; and

       WHEREAS, defendants have denied any and all liability arising out of plaintiff's allegations; and

       WHEREAS, the parties now desire to resolve the issues raised in this litigation, without further proceedings and without admitting any fault or liability;

       WHEREAS, plaintiff has authorized his counsel to settle this matter on the terms set forth below:

       NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, as follows:

       1.    The above-referenced action is hereby dismissed, with prejudice, and without costs, expenses, or fees in excess of the amount specified in paragraph "2" below.

       2.    Defendant City of New York hereby agrees to pay plaintiff the sum of Five Thousand ($5,000.00) Dollars in full satisfaction of all claims, including claims for costs,

expenses and attorney's fees. In consideration for the payment of this sum, plaintiff agrees to dismissal of all the claims against the individually named defendants and to release all defendants, any present or former employees and agents of the City of New York, and the City of New York or any agency thereof, from any and all liability, claims, or rights of action that have or could have been alleged by plaintiff in this action arising out of event alleged in the complaint in this action, including claims for costs, expenses and attorney's fees.

3. Plaintiff shall execute and deliver to defendants' attorney all documents necessary to effect this settlement, including, without limitation, a General Release based on the terms of paragraph 2 above and an Affidavit of No Liens.

4. Nothing contained herein shall be deemed to be an admission by the defendant that it has in any manner or way violated plaintiff's rights, or the rights of any other person or entity, as defined in the constitutions, statutes, ordinances, rules or regulations of the United States, the State of New York, or the City of New York, or any other rules, regulations or bylaws of any department or subdivision of the City of New York. This stipulation shall not be admissible in, nor is it related to, any other litigation or settlement negotiations.

5. Nothing contained herein shall be deemed to constitute a policy or practice of the City of New York or any agency thereof.

6. This Stipulation and Order contains all the terms and conditions agreed upon by the parties hereto, and no oral agreement entered into at any time nor any written agreement entered into prior to the execution of this Stipulation and Order regarding the subject

matter of the instant proceeding shall be deemed to exist, or to bind the parties hereto, or to vary the terms and conditions contained herein.

Dated: New York, New York
_____, 2007

STEVEN A. HOFFNER, ESQ.
Attorney for Plaintiff
350 Broadway, Suite 1105
New York, New York 10013

By: _____
  Steven A. Hoffner

MICHAEL A. CARDOZO
Corporation Counsel of the
 City of New York
Attorney for Defendants
100 Church Street
New York, N.Y. 10007
(212) 788-1298

By: _____
  Douglas W. Heim (DH5238)
  Assistant Corporation Counsel

SO ORDERED: 11/21/07

_____
U.S.D.J.